# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NATHANIEL J. PARISH, III

NO. 2019 KW 1395

**DEC 2 3 2019**

---

In Re:    Nathaniel J. Parish, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 04-CR3-91325.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT